1  REED W.L. MARCY #191531
   HALLIE VON ROCK #233152
2  CAREY A. JAMES #269270

3  aiman-smith ⚡ marcy

4  7677 oakport street, suite 1020
   oakland    california    94621
   t:510.562.6800  f:510.562.6830

5

6  Attorneys for plaintiffs Jose Cruz,
   Rigoberto Jara, Manuel Garcia Jr.,
7  Gail Neil, and Rudy Barron

8  RAO TILIAKOS LLP
   Anthony J. Rao (SBN 173512)
9    arao@raotil.com
   201 Spear Street, Suite 1100
10 San Francisco, CA 94105
   Telephone: (415) 519-8737

11 90 Park Avenue, 18th Floor
   New York, NY 10016
12 Telephone: (212) 455-9286
   Facsimile: (212) 297-0005
13
   Attorneys for Defendant
14

15                  IN THE UNITED STATES DISTRICT COURT

16                FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                                OAKLAND

18 JOSE CRUZ, RIGOBERTO JARA,           ) Case No.: CV 10-03820 YGR
   MANUEL GARCIA JR., GAIL NEIL, and    )
19 RUDY BARRON, individuals,            )
                                        ) **STIPULATION VACATING CASE**
20         Plaintiffs,                  ) **MANAGEMENT CONFERENCE AND**
                                        ) ~~PROPOSED~~ **ORDER**
21     vs.                              )
                                        ) **DATE: April 23, 2012**
22 GOODMAN NETWORKS, INC., and          ) **TIME:  2:00 p.m.**
   DOES 1 through 50,                   )
23                                      ) **Hon. Yvonne Gonzalez Rogers**
           Defendants.                  )
24                                      )
                                        )
25                                      )
                                        )
26                                      )
                                        )
27                                      )
                                        )

**Stipulation Vacating Case Management Conference**
*Cruz, et al. v. Goodman Networks, Inc. et al.*        Case no.  CV 10-03820 YGR

1  WHEREAS due to an unforeseen emergency, counsel for Defendant with authority to
2  enter into stipulations and make admissions pursuant to Federal Rule of Civil Procedure 16(a)
3  and (c), and who is fully prepared to address all matters referred to in the CAND CMC Order
4  and Civil L.R. 16-10(b), is unavailable and unable to personally appear at the Case
5  Management Conference scheduled for April 23, 2012 at 2:00 PM,

6  **IT IS HEREBY AGREED AND STIPULATED THAT:**

7  The Case Management Conference scheduled for April 23, 2012 at 2:00 PM is vacated
8  and rescheduled for  Monday, 4/30/12  at  2:00  a.m./p.m.

10  DATED: April 19, 2012                aiman-smith marcy

12  _____/S/_____
    Carey A. James
13  Attorneys for plaintiffs Jose Cruz, Rigoberto Jara,
    Manuel Garcia Jr., Gail Neil, and Rudy Barron

16  DATED: April 19, 2012                **Rao Tiliakos LLP**

19  _____/S/_____
    Anthony J. Rao, Esq.
    Attorneys for Defendant Goodman Networks, Inc.

22  **SO ORDERED.**

23  DATED: April 19, 2012

    _____
    **Hon. Yvonne Gonzalez Rogers**
    UNITED STATES DISTRICT COURT JUDGE