REED W.L. MARCY #191531
HALLIE VON ROCK #233152
CAREY A. JAMES #269270

**aiman-smith⚡marcy**

7677 oakport street suite 1020
oakland    california    94621
t:510.562.6800  f:510.562.6830

Attorneys for plaintiffs Jose Cruz,
Rigoberto Jara, Manuel Garcia Jr.,
Gail Neil, and Rudy Barron

RAO TILIAKOS LLP
Anthony J. Rao (SBN 173512)
  arao@raotil.com
201 Spear Street, Suite 1100
San Francisco, CA 94105
Telephone: (415) 519-8737

90 Park Avenue, 18th Floor
New York, NY 10016
Telephone: (212) 455-9286
Facsimile: (212) 297-0005

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| JOSE CRUZ, RIGOBERTO JARA, MANUEL GARCIA JR., GAIL NEIL, and RUDY BARRON, individuals,<br><br>            Plaintiffs,<br><br>      vs.<br><br>GOODMAN NETWORKS, INC., and DOES 1 through 50,<br><br>            Defendants. | Case No.: CV 10-03820 YGR<br><br>**STIPULATION VACATING CASE MANAGEMENT CONFERENCE AND ~~PROPOSED~~ ORDER**<br><br>**DATE: April 23, 2012**<br>**TIME:  2:00 p.m.**<br><br>**Hon. Yvonne Gonzalez Rogers** |

1      WHEREAS due to an unforeseen emergency, counsel for Defendant with authority to

2 enter into stipulations and make admissions pursuant to Federal Rule of Civil Procedure 16(a)

3 and (c), and who is fully prepared to address all matters referred to in the CAND CMC Order

4 and Civil L.R. 16-10(b), is unavailable and unable to personally appear at the Case

5 Management Conference scheduled for April 23, 2012 at 2:00 PM,

6      **IT IS HEREBY AGREED AND STIPULATED THAT:**

7      The Case Management Conference scheduled for April 23, 2012 at 2:00 PM is vacated

8 and rescheduled for  Monday, 4/30/12  at  2:00   a.m./p.m.

9

10 DATED:  April 19, 2012          **aiman-smith marcy**

11

12                    _____/S/_____

13                    Carey A. James

                   Attorneys for plaintiffs Jose Cruz, Rigoberto Jara,

14                    Manuel Garcia Jr., Gail Neil, and Rudy Barron

15

16 DATED:  April 19, 2012          **Rao Tiliakos LLP**

17

18                    _____/S/_____

19                    Anthony J. Rao, Esq.

20                    Attorneys for Defendant Goodman Networks, Inc.

21

22 **SO ORDERED.**

23 DATED: _April 19, 2012_____

24 **Hon. Yvonne Gonzalez Rogers**

     UNITED STATES DISTRICT COURT JUDGE

25

26

27