**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOSE CRUZ,** *et al.*, <br><br> **Plaintiffs,** <br><br> vs. <br><br> **GOODMAN NETWORKS, INC.,** *et al.*, <br><br> **Defendants.** | Case No.: 10-CV-3820 YGR <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT the Case Management Conference in this matter is **CONTINUED** from October 29, 2012, to **Monday, December 17, 2012,** at **2:00 p.m.** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, Courtroom 5.

The parties are directed to file an updated case management statement regarding the status of mediation no less than seven days in advance of the continued conference date.

**IT IS SO ORDERED.**

Date: October 24, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**