RANDALL B. AIMAN-SMITH #124599
REED W.L. MARCY #191531
HALLIE VON ROCK #233152
CAREY A. JAMES #269270

aiman-smith marcy

7677 oakport street suite 1020
oakland   california   94621
t:510.562.6800  f:510.562.6830

Attorneys for plaintiffs Jose Cruz,
Rigoberto Jara, Manuel Garcia Jr.,
Gail Neil, and Rudy Barron

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CRUZ, RIGOBERTO JARA, MANUEL GARCIA JR., GAIL NEIL, and RUDY BARRON, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>GOODMAN NETWORKS, INC., and DOES 1 through 50,<br><br>Defendants. | Case No.: C 10-03820 YGR<br><br>~~Stipulation to Dismissal With Prejudice Pursuant to Settlement - FRCP 41(a)(1)(A)(ii);~~<br><br>**Order Dismissing Action With Prejudice** |

**Stipulation to Dismissal With Prejudice Pursuant to Settlement – FRCP 41(a)(1)(A)(ii).**

The parties having reached agreement to settle this action, and said agreement calling for the dismissal with prejudice of this action as to all plaintiffs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties, through their respective counsel, hereby stipulate to and request dismissal with prejudice of the captioned action.

Dated: January 16, 2013

Randall Aiman-Smith
Aiman-Smith & Marcy
Attorneys for: Jose Cruz, Rudy Barron, Manual Garcia, Rigoberto Jara, and Gail Neil

Dated: 1/29/13

Anthony Rao, Esq.
Duane Morris LLP
Attorneys for Defendant
Goodman Networks, Inc.

## ORDER DISMISSING ACTION WITH PREJUDICE

The parties having stipulated, and good cause appearing, now therefore,

**IT IS ORDERED:**

That this action is hereby dismissed with prejudice.

Dated: February 21, 2013

Hon. Yvonne Gonzales Rogers
Judge of the District Court

Stipulation and Order of Dismissal With Prejudice Pursuant to Settlement
*Cruz, et al. v. Goodman Networks, Inc. et al.*   Case no. C 10-03820 SBA
Page 2